DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FERNANDO ROMERO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-109 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| FERNANDO ROMERO-RODRIGUEZ, | ) | |
| | ) | Date:  June 13, 2008 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Fernando Romero-Rodriguez, as follows:

The Status Conference date of April 11, 2008 should be continued until June 13, 2008.

Defense counsel has not yet received the Alien Pre-Plea Presentence Report and will need the additional time to review it with the defendant. Defense counsel will also be beginning a six week jury

trial on April 14, 2008. The parties agree and stipulate to continue the matter to June 13, 2008.

IT IS STIPULATED that the period from the signing of this Order up to and including June 13, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of counsel and ongoing preparation of counsel.

Dated: April 8, 2008

                        Respectfully submitted,

                        DANIEL BRODERICK
                        Federal Defender

                        /s/ Caro Marks
                        _____
                        CARO MARKS
                        Assistant Federal Defender
                        Attorney for Defendant
                        FERNANDO ROMERO-RODRIGUEZ

Dated: April 8, 2008

                        MCGREGOR SCOTT
                        United States Attorney

                        /s/ Kyle Reardon
                        KYLE REARDON
                        Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 11, 2008, be continued to June 13, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the June 13, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: April 9, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge