```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  FERNANDO ROMERO-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-S-08-109 EJG |
| Plaintiff,                          ) | |
| v.                                  ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| FERNANDO ROMERO-RODRIGUEZ,          ) | Date: June 27, 2008 |
| Defendant.                          ) | Time: 10:00 a.m. |
|                                     ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Fernando Romero-Rodriguez, as follows:

The Status Conference date of June 13, 2008 should be continued until June 27, 2008. The reason for the continuance is to allow the defense to investigate the unusual circumstances of the defendant's return to the United States, which, if proved, would constitute mitigating evidence for sentencing.

1  The parties agree and stipulate to continue the matter to June 27,
2 2008, and to exclude speedy trial time under the Speedy Trial Act, 18
3 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
4 counsel.
5  IT IS STIPULATED that the period from the signing of this Order
6 up to and including June 27, 2008 be excluded in computing the time
7 within which trial must commence under the Speedy Trial Act, pursuant
8 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
9 counsel and ongoing preparation of counsel.
10 Dated: June 11, 2008
11                                     Respectfully submitted,
12                                     DANIEL BRODERICK
                                       Federal Defender
13
14                                     /s/ Caro Marks
                                       _____
15                                     CARO MARKS
                                       Assistant Federal Defender
16                                     Attorney for Defendant
                                       FERNANDO ROMERO-RODRIGUEZ
17
18 Dated: June 11, 2008
19                                     MCGREGOR SCOTT
                                       United States Attorney
20
21                                      /s/ Daniel McConkie
22                                     DANIEL MCCONKIE
                                       Assistant U.S. Attorney
23
24                                     ORDER
25
26     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the status conference presently set for June 13, 2008, be
28 continued to June 27, 2008, at 10:00 a.m.  Based on the representation

Name of Pleading: Rodriguez s/o   -2-

1  of defense counsel and good cause appearing therefrom, the Court hereby
2  finds that the failure to grant a continuance in this case would deny
3  defense counsel reasonable time necessary for effective preparation,
4  taking into account the exercise of due diligence.  The Court finds
5  that the ends of justice to be served by granting a continuance
6  outweigh the best interests of the public and the defendant in a speedy
7  trial.  It is ordered that time from this date to, and including, the
8  June 27, 2008 status conference shall be excluded from computation of
9  time within which the trial of this matter must be commenced under the
10 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
11 Local Code T-4, to allow defense counsel time to prepare.
12 Dated:   June 11, 2008

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge

Name of Pleading: Rodriguez s/o   -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28