IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

FERNANDO ROMERO-RODRIGUEZ,

        Defendant.
_____/

CR. NO. S-08-109 EJG
CIV S-09-2266
<u>ORDER DIRECTING UNITED STATES
TO FILE RESPONSE</u>

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a motion to vacate, set aside or correct his sentence, alleging ineffective assistance of counsel.  The United States is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant may file a reply within 30 days of receipt of the United States' opposition.  Any further proceedings will be decided by further order of the court.

    IT IS SO ORDERED.

Dated: August 20, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT