1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



FILED
SEP 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff/Respondent,  )<br>         )<br>   v.    )<br>         )<br>FERNANDO ROMERO-RODRIGUEZ,  )<br>         Defendant/Petitioner.  )<br>_____) | CR. NO. S-08-109 EJG<br>CIV. S-09-2266<br><br>[PROPOSED] ORDER FINDING<br>WAIVER OF ATTORNEY CLIENT<br>PRIVILEGE AND REQUIRING<br>DISCLOSURES FROM PRIOR<br>COUNSEL |

Upon the United States' Motion and for the reasons set forth therein, the Court

1. FINDS that the defendant's § 2255 Motion, filed August 14, 2009, has waived privilege over his prior communications with attorney Gilbert A. Roque, Esq.;

2. ORDERS Mr. Roque to transmit to counsel for the United States all documents related to his communications with the defendant;

3. FURTHER ORDERS Mr. Roque to assist counsel for the United States by submitting for interviews as

///
///
///
///

1

reasonably requested by the United States concerning his work on this case and his communications with the defendant.

**SO ORDERED.**

DATE: 9/14/09

HON. EDWARD J. GARCIA
U.S. District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on June 10, 2009, she served a copy of

NOTICE OF MOTION AND MOTION FOR AN ORDER FINDING WAIVER OF ATTORNEY CLIENT PRIVILEGE AND REQUIRING DISCLOSURES FROM PRIOR COUNSEL

placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which are the last known address(es), and by depositing said envelopes and their contents in the United States Mail or Interoffice mail the Clerk's Office, 501 I Street, 4th Floor at Sacramento, California.

SERVED BY U.S. MAIL

Fernando Romero-Rodriguez
#17663-097
CALIFORNIA CITY CORRECTIONAL INSTITUTION (3001-0001)
P.O. Box 3001-0001
CALIFORNIA CITY, CA 93504

/s/ Jeanette Glenn
JEANETTE GLENN

3